IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN EDWARD LIGHTFEATHER,

Plaintiff,

vs.

MEDICAL NURSE NATASHA, in her individual capacity and official capacity; SGT. RUSTY FRASIER, in his individual capacity and official capacity; CORPRAL RYAN FRASIER, in his individual capacity and official capacity; PRZA CORDNATOR RUSSEL, in his individual capacity and official capacity; BRANDON HUNTER, LIMHP in his individual capacity and official capacity; BEHAVIORAL CASE WORKER ZACKARY BRIGGS, in his individual capacity and official capacity; CORPRAL KAIN EASTERLING, in his individual capacity and official capacity; CORPRAL URO, in his individual capacity and official capacity; CORPRAL PAYTON HAMMERS, in her individual capacity and official capacity; ELIZEBETH HICKMAN, Psychologist in her individual capacity and official capacity; WARDEN CRIEG GABLE, in his individual capacity and official capacity; CORPRAL JADEN CONLEY, in his individual capacity and official capacity; SGT. URIAH CAROLL, in his individual capacity and official capacity; TAYLOR M, Corpral in his individual capacity and official capacity; DEPUTY WARDEN FREZZI, in his individual capacity and official capacity; UNIT MANAGER NICK NEUJAHR, in his individual capacity and official capacity; ASSISTANT WARDEN KIM MCGOWIN, in her individual capacity and official capacity; and UNIT ADMINISTRATOR GOODSPEED, in his individual capacity and official capacity;

Defendants.

**8:26CV478**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 2. In his IFP Motion, Plaintiff requested to proceed IFP pursuant to the immediate danger exception to the three strikes rule in 28 U.S.C. §1915(g). *See Lightfeather v. McSwine*, No. 8:22-cv-00238-JFB-PRSE (D. Neb.) (Filing No. 11, finding Plaintiff has "three strikes" and dismissing complaint pursuant to 28 U.S.C. §1915(g)). However, before the Court ruled on his motion, Plaintiff paid the $405.00 filing and administrative fees on October 9, 2026. Because Plaintiff has paid the full filing and administrative fees, the Court will deny his IFP Motion as moot.

IT IS THEREFORE ORDERED that: Plaintiff's IFP Motion, Filing No. 2, is denied as moot as the full filing and administrative fees have been paid. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915A(a). The Court will conduct this initial review in its normal course of business.

Dated this 18th day of November, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge